**Order issued February 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-13-00316-CR**
_____

**MARK THOMAS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices FitzGerald, Fillmore, and Evans

Based on the Court's opinion of this date, we **GRANT** the August 26, 2013 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Mark Thomas, Jr., TDCJ No. 1839857, Gurney Transfer Facility, 1385 FM 3328, Palestine, Texas, 75803.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE